Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY MERRILL, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>LOWE'S HIW, INC., a corporation; DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO.:  2:13-CV-02633-MCE-CMK<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>[DISCOVERY MATTER] |

On February 25, 2014, Defendant Lowe's HIW, Inc. filed a Stipulated Protective Order on behalf of all parties to this action.

Pursuant to stipulation by the parties and good cause appearing therefore, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

**May 12, 2014.**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE