THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MERRILL, an individual<br><br>　　　　Plaintiff,<br>v.<br><br>LOWE'S HIW, INC., a corporation; DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO.: 2:13-CV-02633-MCE-CMK<br><br>**Hon. Morrison C. England, Jr.**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL AND DISMISSING ACTION WITH PREJUDICE** |

On June 18, 2014, Defendant Lowe's HIW, Inc. filed, on behalf of all parties to this action, a joint stipulation requesting dismissal of action with prejudice.

Pursuant to stipulation by the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the parties' joint stipulation is GRANTED and this action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT